McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 1:06 CR 00059 AWI |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | |
|     v.                              ) | STIPULATION RE: |
|                                     ) | CONTINUANCE AND ORDER |
| WAYNE BRIZAN,                       ) | |
|                                     ) | |
|                                     ) | |
|                                     ) | |
|             Defendant.              ) | |
|  _____) | |

    Defendant WAYNE BRIZAN, by and through his attorney, RICHARD B. MAZER, and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree that the government's response to defendant WAYNE BRIZAN's motion to suppress the wiretap in this cases shall be filed on or before December 22, 2006.  Any reply shall be filed on or before 12 p.m. on January 12, 2007.

    2.  The parties stipulate that the continuance is

1

necessitated by the government's need to adequately respond to the motion which was timely filed by the defendant. The government's response was due on December 12; however, due to illness, the government's attorney was unable to respond in a timely manner and needs additional time to submit its response.

DATED: December 20, 2006                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/ Richard Mazer
RICHARD B. MAZER
Attorney for Defendant
WAYNE BRIZAN

O R D E R

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the government's response to defendant WAYNE BRIZAN's suppression motion shall be filed on December 22 and any reply shall be filed on or before 12 p.m. on January 12, 2007.

IT IS SO ORDERED.

**Dated:   December 22, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2