BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>WAYNE BRIZAN,<br><br>                          Defendant. | CASE NO. 1:06-CR-00059-AWI-11<br><br>STIPULATION AND ORDER TO REDUCE SENTENCING PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)<br><br>COURT: Hon. Anthony W. Ishii |

Defendant, WAYNE BRIZAN, by and through his attorney, Richard B. Mazer, and the UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

   1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.   On May 8, 2007, this Court sentenced the defendant to a term of 129 months in in prison. This term reflected a downward variance from the applicable sentencing range.  ;

   3.   The defendant's total offense level as to Count 1 was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

///

///

STIPULATION AND ORDER TO REDUCE SENTENCE                     1

4. The sentencing range as to Count 1 applicable to the defendant was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5. The defendant's total offense level as to Count 1 has been reduced from 33 to 31, and his amended guideline range is 120 to 135 months on Count 1; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing the defendant's term of imprisonment to a term of 120 months on Count One.

Dated: January 28, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KATHLEEN A. SERVATIUS
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: January 28, 2015

By: /s/ RICHARD B. MAZER
RICHARD B. MAZER
Attorney for Defendant Wayne Brizan

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The parties agree, and the Court finds, that the defendant is entitled to the benefit Amendment 782, which reduces the total offense level for Count 1 from 33 to 31, resulting in an amended guideline range of 120 months to 135 months for that Count in light of the 120 month mandatory minimum sentence.

IT IS HEREBY ORDERED that the term of imprisonment imposed on May 8, 2007, and reflected in judgment dated May 9, 2007, is reduced to a term of 120 months on Count One, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of the amended judgment as November 1, 2015, and shall serve certified

1 copies of the amended judgment on the United States Bureau of Prisons and the United States Probation
2 Office.
3     Unless otherwise ordered, the defendant shall report to the United States Probation Office
4 within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   January 28, 2015                                    _____
                                                              SENIOR DISTRICT JUDGE